UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-mj-03549-Reid

UNITED STATES OF AMERICA

v.

DAISUKE MIYAUCHI,

      Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  ___ Yes  _X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  ___ Yes  _X_ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  ___ Yes  _X_ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

BY: _____
Thomas A. Watts-FitzGerald
Assistant United States Attorney
Southern District of Florida
Florida Bar No. 0273538
99 Northeast 4th Street, 4th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9413
E-mail: Thomas.watts-fitzgerald@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>DAISUKE MIYAUCHI,<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>) | Case No. 1:21-mj-03549-Reid |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __Nov. 2020 through August 2021__ in the county of __Miami-Dade__ in the
__Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy |
| 18 U.S.C. § 554 | Smuggling goods from the United States |
| 18 U.S.C. § 1001 | False Statements to USFWS |
| 16 U.S.C. § 13372 (a)(1) | Illegally trafficking wildlife |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Brian Cazalot, USFWS
Printed name and title

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time.

Date: __August 9, 2021__

_____
Judge's signature

City and state: __Miami, Florida__ Hon. Lisette M. Reid, U.S. Magistrate Judge
Printed name and title

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Brian Cazalot Sr. being duly sworn, do hereby depose and state:

1. I am a Special Agent with the U.S. Fish and Wildlife Service (USFWS), Office of Law Enforcement (OLE), and have been since September 2019. I am presently assigned to the USFWS Lacombe, Louisiana field station. I have attended and graduated from USFWS's Special Agent Basic Course located at the Federal Law Enforcement Training Center located in Glynco, Georgia, the United States Postal Inspection Service (USPIS) Criminal Investigator Training program located in Potomac, Maryland, and the Florida State Police Academy located in Havana, Florida. As a Special Agent with the USFWS, I have conducted and participated in investigations of violations of wildlife laws and have undergone training in the identification and investigation of wildlife crimes, including investigations of the illegal domestic and international trade of wildlife and plants. Prior to being employed with the USFWS, I was employed with the USPIS as a Postal Inspector, assigned to the New Orleans field office for approximately eight years. As a Postal Inspector, I investigated criminal violations involving the use of the United States Mail. Prior to becoming a Postal Inspector, I was a State Police Officer (Game Warden) in Florida for 6 years, and was also previously employed with U.S. Customs and Border Protection for 4 years. During my law enforcement career, I conducted numerous narcotic and fraud investigations that included the use of electronic and physical surveillance, undercover operations, undercover recordings, interviews of witnesses and defendants, the use of confidential informants, and the service of grand jury subpoenas as techniques to further investigations. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from

1

other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause to support a criminal complaint and a warrant for the arrest of the defendant and does not set forth all of my knowledge about this matter.

2. I am familiar, based on my training and experience, with the laws and regulations primarily enforced by the USFWS, such as the Lacey Act Amendments of 1981, Title 16, United States Code, Sections 3371, et seq.; the Endangered Species Act, Title 16, United States Code, Sections 1531, et seq; Title 18 United States Code, Section 1001; false statements and the regulations requiring the declaration of exported wildlife to federal authorities. I am also familiar with additional laws and regulations that may be applied in cases involving illegal trade in wildlife and plants, including the prohibitions against smuggling, 18 Unites States Code, Section 554; as well as conspiracy to commit said crimes, Title 18, United States Code, Section 371. As a result of my training and experience, as well as the corporate knowledge and experience of other agents across the United States, I am familiar with the methods commonly used by wildlife dealers and traders to collect and sell wildlife and plants in interstate and foreign commerce.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This Affidavit is made in support of a Criminal Complaint against DAISUKE MIYAUCHI for violations of the Lacey Act, Title 16, United States Code, Section 3372, et seq.[1]; Title 18, United States Code, Section 1001 (false statements to federal authorities); Title 18, United States Code, Section 554 (smuggling goods from the United States); and Title 18, United States Code, Section 371(conspiracy to violate the laws of the United States).

---

[1] The Lacey Act makes it unlawful for any person to import, export, transport, sell, receive, acquire, or purchase any wildlife taken, possessed, transported or sold in violation of any law, treaty, or regulation of the United States. 16 U.S.C. § 3372(a)(1).

2

### Summary of Evidence Establishing Probable Cause

4. In June 2020, through a cooperating private individual (CPI 518), your affiant learned of a possible large sale of reptiles to a Japanese buyer, who was intending to come to the United States to conduct the transaction. Based upon this information and with the aid of USFWS intelligence analysts, your affiant was able to identify the potential buyer as Daisuke MIYAUCHI. MIYAUCHI, who resides in Yokohama, Japan, is the owner/operator of MANIAC REPTILES located at 3-18-10 Takannecho Minami-Ku, Yokohama, Japan.

5. Your affiant confirmed through USFWS databases and a search for export permits that MIYAUCHI had a history of exporting various species of snake, turtles, and geckos from the United States to Japan.

### INSPECTION OF REPTILES EXPORTED TO MIYAUCHI – 11/20/2020

6. On November 20, 2020, USFWS Wildlife Inspectors, in the Port of Miami, Florida, inspected an outbound shipment of reptiles protected by the Convention on International Trade in Endangered Species of Wild Fauna and Flora ("CITES")[2] and non-CITES reptiles staged for export to Japan by way of China Airlines (AWB# 297-47771651). The required declaration for exportation of wildlife (USFWS Form 3-177) listed Dynasty Reptiles as the U.S. exporter and MANIAC REPTILES Yokohama, Japan, as the foreign importer. The Form 3-177, along with additional export paperwork which included CITES permits (3-201A) listing the CITES Appendix II animals and a bill of sale, were filed electronically through Ryan Conyers C.H.B/C&R Customs Broker, 2385 NW 70th Avenue, Unit A-13, Miami, FL 33122. In doing so the exporter, Chun Ku

---

[2] The United States and approximately 182 other countries are parties to CITES which provides controls to ensure that international trade in more than 35,000 species of wild animals and plants does not threaten their survival. Under CITES species in need of protection from over-exploitation are listed on one of three Appendices, based on the level of protection needed for the species. In the United States all exported wildlife must be declared to the USFWS.

d/b/a Dynasty Reptiles, certified that the information furnished was true and correct pursuant to 18 U.S.C. §1001, and 16 U.S.C. § 3372(d). By submission of this form, Ku certified that all reptiles covered by the CITES permits were bred and hatched from parental stock maintained at his facility. 50 CFR § 23.26.

7. The CITES Appendix II animals declared in the shipment included fifty-four (54) ball pythons (*Python regius*), twenty (20) Sumatra short-tailed pythons (*Python curtus*), seven (7) argentine tegus (*Salvator rufescens*), and sixteen (16) common tegus (*Salvator merianae*). Additional non-CITES animals were also included for export. The invoice number 113, produced by Dynasty Reptiles, indicated a sale date of November 15, 2020 and the "sold to" party as MANIAC REPTILES Yokohama, Japan, with a sale price of $9,196.50.

8. During inspection of the shipment, the Wildlife Inspectors (WIs) discovered two Mexican Burrowing/New World Pythons (*Loxocemus bicolor*) co-mingled with the shipment. Mexican Burrowing/New World Pythons (*Loxocemus bicolor*) are listed on Appendix II of CITES and require a CITES permit to export legally from the United States. Ku does not hold a CITES permit for Mexican Burrowing/New World Pythons (*Loxocemus bicolor*).

9. The WIs questioned Ku regarding the *Loxocemus bicolor* in the shipment. Ku told the WIs he did not have CITES permits for the snakes and did not know how the two snakes ended up in the shipment. Ku claimed it was a mistake. The two *Loxocemus bicolor* were taken out of the shipment and returned to Ku who was issued a warning and advised that future violations would result in law enforcement action. The remainder of the shipment was approved for export.

### BACKGROUND ON CHUN KU D/B/A DYNASTY REPTILES

10. Dynasty Reptiles is owned and operated by Ku, and is located at 8656 SW 158 Place, Miami, Florida, 33193. Ku currently holds "Master File" CITES permit, No. 203001

4

(Master File) which is valid until July 12, 2023. Chun Ku d/b/a Dynasty Reptiles has been a CITES Master File Permit holder from 2008 to the present. In his CITES Master File Permit application, Ku listed himself as a "Consumer, dba Dynasty Reptiles." Prior to issuance of a CITES Master File Ku was required to submit to the USFWS photographs of his facility, documentation as to where his parental stock came from, estimated production of specimens, export of specimens, and normal mortality rates for the facility; documents your affiant has reviewed. Pursuant to his Master File, Ku is allowed to breed certain reptiles from his certified parental stock (bred in captivity) for commercialization/sale and export.

11. On July 13, 2020, Ku's Master File was renewed, allowing him to export specific captive bred species reared from his facility in Miami, FL. The renewal letter from USFWS specifically states Ku's facility, under CITES, may export <u>bred-in-captivity specimens</u> of ball python (*Python regius*), boa constrictor (*Boa constrictor imperator*), Sumatra short-tailed python (*Python curtus*), common iguana (*Iguana iguana*), argentine tegu (*Salvator rufescens*), and common tegu (*Salvator merianae*) hatchlings produced there for the purpose of commercial trade. Furthermore, the letter states Ku is the only one authorized to export under that Master File, is only authorized to export bred-in-captivity specimens produced at the Dynasty Reptile facility, and the permits issued under the Master File may not be given to, used by or shared with anyone else.

### 11/21/2020 MIYAUCHI OUTBOUND INSPECTION

12. On Saturday, November 21, 2020, MIYAUCHI was on a jet-bridge about to board Delta flight DL 275, from Detroit, Michigan to Haneda Airport in Tokyo, Japan when Homeland Security Investigations (HSI) agents, accompanied by USFWS WIs conducted an outbound border search of his person and effects, pursuant to 19 U.S.C. § 482. During the

inspection, MIYAUCHI stated he was in the United States pursuing his reptile business. MIYAUCHI told HSI agents that he had entered the U.S. on November 13, 2020, and stayed in Florida throughout his time in the United States. HSI agents seized MIYAUCHI's cellular device, imaged the phone, and subsequently returned the phone to him.

## MIYAUCHI'S CELLULAR DEVICE & HIS PURCHASES OF BLOOD PYTHONS

13. On December 2, 2020, HSI agents provided your affiant a copy of MIYAUCHI's cellular device content, which revealed the following:

14. On November 11, 2020, MIYAUCHI initiated a conversation via Facebook messenger with Amir Soleymani whom your affiant knows to be an established snake breeder/dealer in Miami, Florida. MIYAUCHI and Soleymani spoke of attending the Tampa Repitcon, which is a venue where reptiles are bought and sold in Tampa, Florida. The conversation continued on November 12, 2020, when Soleymani told MIYAUCHI he wouldn't be attending, and MIYAUCHI stated he'd only be attending on Saturday (November 14, 2020). In the conversation, Soleymani asked when MIYAUCHI would be arriving and MIYAUCHI replied the next day (Friday, November 13, 2020). MIYAUCHI also mentioned an individual named "Craig," whom MIYAUCHI had intended to stay with but who had COVID. Through examination of MIYAUCHI's phone content your affiant was able to identify "Craig" as Craig Tillem, the owner f Gold Coast Reptiles in Davie, Florida.

15. On Sunday, November 15, 2020, MIYAUCHI again initiated communication with Soleymani via Facebook messenger and they brokered a sale for five (5) blood pythons. During the exchange, MIYAUCHI asked Soleymani for some of the blood pythons he, Soleymani, had on

6

Morph Market,³ stating he couldn't get any at the show. Soleymani quoted a price of $150.00 (which your affiant believes is per snake). MIYAUCHI responded that he would take five. Based on training and experience, your affiant believes this deal went through due to the fact foreign reptile buyers come to the U.S. with a purchase list in mind, and have a limited window to find the specimens they are after.

16. Amir Soleymani is an established merchant on Morph Market. Over the years Soleymani has listed various snakes for sale under the company XYZ Reptiles, including the CITES Appendix II listed Blood Pythons, which fall under the Sumatra short-tailed python (*Python curtus*) classification, for export purposes. Based on the recovered conversation, it appears that MIYAUCHI purchased five (5) Blood Pythons from Soleymani, on November 15, 2020.

17. On the same day, MIYAUCHI also contacted Tim Bailey via Facebook messenger, whom your affiant knows to be the owner of BAILEY & BAILEY REPTILES located in Folsom, Louisiana, which primarily deals in snakes. In the exchange, MIYAUCHI told Bailey he needed some "bloods" from GIANT KEEPER REPTILES. Additionally, MIYAUCHI wrote to Bailey that he needed the animals by Wednesday (November 18, 2020) and wanted Bailey to help him negotiate a price.

18. On November 16, 2020, MIYAUCHI received a text via Facebook messenger from Bailey. This communication appears to confirm that Bailey was acting as a go-between for MIYAUCHI and the owners of Giant Keeper Reptiles, for the sale of fifteen (15) blood pythons.

19. In the exchange, Bailey provided MIYAUCHI with a list of different color variations of blood pythons, twenty-three in total, from an individual named "Ailley," telling

---

³Morph Market is a website where reptile breeders worldwide can post reptiles for sale.

MIYAUCHI they would be able to ship out the next day, and for MIYAUCHI to provide him with an address for the shipment. MIYAUCHI responded, *"I didn't know they have that many lol. I only have Cites for 20 and bought 5 bloods at the show. So I can only take 15 total."* Based on the communications reviewed, your affiant believes MIYAUCHI was referring to the five blood pythons he said he would purchase from Soleymani.

20. The messages reflect that Bailey negotiated a price and quantity between MIYAUCHI and "Ailley" fifteen (15) blood pythons for $5,250.00. On November 17, 2020, MIYAUCHI sent a Facebook message to Bailey stating that he had just sent payment via PayPal, and gave Craig Tillem's name, address, and phone number as the location to ship the snakes, at 4111 S.W. 56th Terrace Davie, Florida 33314; 954-804-2055. Your affiant conducted an open source search and verified the address and phone number listed belonged to Craig Tillem.

21. Additionally, in the Facebook messenger communication string with Bailey, MIYAUCHI falsely represented that he had twenty (20) CITES (referring to a CITES permit for export), when in truth MIYAUCHI had no CITES permits in his or his company name, MANIAC REPTILES.

### COMMUNICATIONS BETWEEN MIYAUCHI AND KU

22. Your affiant analyzed the communication history between MIYAUCHI and Chun Ku, which was captured on the messaging application WhatsApp.[4]

23. The communication history between Ku and MIYAUCHI dated back to October 6, 2014. Throughout that history, MIYAUCHI and Ku seem to work in concert, with Ku allowing MIYAUCHI access to his CITES Master Permit, to make it appear that the animals involved in

---

[4] WhatsApp is a free worldwide messaging phone application that allows individuals to securely send messages, text, photographs, as well as place phone calls.

8

the exports came from Ku's facility, when in fact they had not. For example, in a text string from March 10, through March 18, 2015, Ku told MIYAUCHI, that since he wasn't buying anything from him, what was he going to pay him for the shipment. Ku then advised MIYAUCHI to come up with a plan for him (Ku) doing MIYAUCHI's exports. Ku continued to tell MIYAUCHI that it was his permit being used and as a result he had one hundred (100) less "balls" to ship out. Your affiant believes that Ku was seeking compensation for allowing MIYAUCHI to use his CITES Permit and exporter status, to export wildlife from the U.S. Ku mentions, "balls," referring to Ball Pythons, that were not purchased from Ku, but are CITES protected in commercial trade. Your affiant believes that the CITES Permit is the more valuable asset to MIYAUCHI, more so than the animals, in regard to his business relationship with Ku. Based on experience and training, your affiant believes that Ku has allowed MIYAUCHI to export reptiles purchased from other vendors under Ku's Master File CITES permit, and not reptiles bred in his facility as required by the permit.

24. On November 19, 2020, the day before the export to MIYAUCHI/MANIAC REPTILES by Chun Ku d/b/a Dynasty Reptiles, MIYAUCHI sent Ku a message via WhatsApp listing the animals he was intending to export, as well as telling Ku it was five (5) boxes. Based on this text your affiant believes MIYAUCHI may have already had the shipment of animals boxed and ready to export before Ku took receipt of said animals, since the animals did not originate from Ku's facility and Ku played no part in boxing the shipment.

25. On the same day MIYAUCHI provided Ku a list of the animals he intended to export. MIYAUCHI listed the CITES animals first, then the non-CITES. Your affiant compared the list to the invoice (#8123) generated by Ku, and the only difference was in the number of Ball Pythons: fifty-four (54) Ball Pythons on the invoice, and forty-seven (47) on the list MIYAUCHI

9

provided Ku. The list MIYAUCHI provided Ku via WhatsApp also included "2 New world python." is listed below as it appeared in the WhatsApp message:

26. As previously noted Ku did not hold CITES permits for Mexican Burrowing/New World Pythons (*Loxocemus bicolor*). Based on the communications reviewed, your affiant believes that none of the twenty (20) blood pythons came from Ku's parental stock at his facility, although Ku attested they did on the submitted CITES permit (3-201A), where he signed stating, "I Chun KU certify that all specimens covered by this permit were bred and born from parental stock maintained at my facility."

27. Based upon the foregoing, your affiant has reason to believe that MIYAUCHI, with the aid of Ku, was attempting to smuggle the Mexican Burrowing/New World Pythons (*Loxocemus bicolor*) by not listing the snakes on the invoice, and co-mingling those snakes with the rest of the shipment, and attempting to smuggle the blood pythons, by falsely claiming they came from Ku's parental when they did not. Based on the WhatsApp's exchange, Ku knew the Mexican Burrowing/New World Pythons were inside the shipment, and conspired to export/smuggle them with MIYAUCHI without the necessary CITES permit. Your affiant further believes that KU falsely told Wildlife Inspectors that he had no knowledge of their existence when questioned.

## MIYAUCHI's FACEBOOK ACCOUNT

28. On March 24, 2021, your affiant appeared (via telephone) before United States Magistrate Judge Edwin G. Torres, in the Southern District of Florida, who issued search warrant 21-MJ-02550, authorizing the search of MIYAUCHI's Facebook account.

29. A review of that account confirmed that MIYAUCHI did purchase fifteen Blood Pythons from Giant Keeper Reptiles, ultimately smuggling the Blood Pythons out of the U.S. to

Japan by falsifying the CITES export Permit in concert with Chun Ku. In a communication string beginning on November 27, 2020, via Facebook with Tim Bailey (owner of Bailey & Bailey Reptiles and broker of the sale between MIYAUCHI and Giant Keeper Reptile), MIYAUCHI complained to Bailey that Giant Keeper Reptile put four (4) snakes in one bag and two killed each other. MIYAUCHI provided Bailey a picture of the two dead Blood Pythons inside the transport bag.

30. Based on my experience and knowledge of the reptile industry, I am aware that the annual North American Reptile Breeders Conference was scheduled to take place on April 24-25, 2021, in Arlington, Texas.

31. In the November 27, 2020 message string, MIYAUCHI asked Bailey if the Arlington, Texas show was going to take place. Bailey told MIYAUCHI he didn't see why it wouldn't. MIYACHI responded that he intended to travel to the U.S. for the show.

## SEARCH OF PARCELS DIRECTED TO CRAIG TILLEM's ADDRESS

32. Based on the foregoing, your affiant obtained an anticipatory search warrant 21-MJ-6248 issued by U.S. Magistrate Judge Alicia O. Valle, in the Southern District of Florida. The warrant extended to all FedEx parcels addressed to Daisuke MIYAUCHI/Craig Tillem during the period of April 22, 2021 to April 30, 2021 at Tillem's home address..

33. On Saturday April 24, 2021, USFWS agents attended the NARBC Arlington Texas Reptile Show, in a covert capacity, and located MIYAUCHI at the show. Agents observed MIYAUCHI engage with various vendors and conduct transactions. Agents noted that MIYAUCHI spent most of his time at the table of Shawn Barnett Reptiles, which specializes in ball pythons (*Python regius*). Your affiant, in anticipation of inbound parcels to Tillem's address, traveled to Fort Lauderdale, Florida.

11

34. On April 28, 2021, your affiant was at the FedEx facility in Hollywood, Florida and identified four (4) parcels, addressed to MIYAUCHI, at Tillem's address. Pursuant to search warrant 21-MJ-6248, your affiant opened and documented the contents of all four parcels; that is all the reptiles inside were sprayed with a forensic coding solution. All four parcels were then released and delivered to Tillem's address. The relevant parcel identifiers and contents are listed below:

- FedEx Parcel bearing tracking number 786451161549;
  From:   Shawn Barnett (Shawn Barnett Reptiles) 9400 Hackamore Court, Justin, Texas 76247.
  To:     Daisuke MIYAUCHI/Craig Tillem 4111 SW 56th Terrace, Davie, Florida 33314.
  Contents: Eleven (11) Ball Pythons (*Python regius-CITES II*), receipt enclosed valuing the snakes at $4,600.00, which is a wholesale value.

The remaining three boxes contained various speies and quantities of geckos.

**SURVEILLANCE of MIYAUCHI and KU on April 29, 2021;
INSPECTION OF REPTILES EXPORTED ON APRIL 30, 2021**

35. On April 29, 2021, USFWS agents conducted surveillance at Tillem's residence. Your affiant observed MIYACUHI load serval boxes into a white Chrysler minivan bearing Pennsylvania license plates, registered to Hertz Rental Car Company. MIYAUCHI then departed Tillem's residence and traveled directly to Dynasty Reptiles' (Ku's) warehouse at 13150 SW 123rd Avenue, Miami, Florida 33186. Your affiant observed MIYAUCHI enter the warehouse and emerge approximately one hour later. MIYAUCHI then re-positioned the minivan in the warehouse parking lot, and started to consolidate the contents of the four (4) FedEx parcels previously documented by your affiant along with animals from Ku's facility, into five (5) white boxes. A short time later your affiant observed Ku hand MIYAUCHI a stack of paperwork prior to MIYAUCHI departing the warehouse. Agents followed MIYAUCHI as he traveled directly to

Ryan Conyers C.H.B/C&R Customs Broker at 2385 NW 70th Avenue, Suite A-13, Miami, where he dropped off the five boxes.

36. On April 30, 2021, agents and WIs inspected an outbound shipment of CITES and non-CITES reptiles being exported to Japan on Turkish Airlines (AWB# 235-17413896). The declaration for exportation of wildlife (USFWS Form 3-177) listed Dynasty Reptiles as the exporter and MANIAC REPTILES Yokohama, Japan, as the foreign importer. The Form 3-177, along with CITES permits (3-201A) listing the CITES Appendix II animals, and a bill of sale, were filed electronically through Ryan Conyers C.H.B/C&R Customs Broker. In doing so Chun Ku d/b/a Dynasty Reptiles, certified that the information furnished was true and correct pursuant to 18 U.S.C. §1001, and 16 U.S.C. § 3372(d) and that the reptiles covered by the permit were bred and hatched from parental stock maintained at his facility. 50 CFR § 23.26.

37. The CITES Appendix II animals declared in the shipment, and submitted to USFWS, included one hundred-seventeen (117) ball pythons (*Python regius*), and ten (10) Sumatra short-tailed pythons (*Python curtus*). The accpmpnying invoice produced by Dynasty Reptiles reflected a sale date of April 29, 2021, under invoice number 9109 and identified the "sold to" party as MANIAC REPTILES Yokohama, Japan, with a sale price of $13,102.50, which is a wholesale price. Your affiant believes, based on training and experience, that the estimated fair market retail value (conservatively) of the CITES Appendix II animals within the shipment to be approximately $60,000.00.

38. During inspection of the shipment, agents and WIs located the eleven (11) ball pythons (*Python curtus*) which had been sprayed with the fluorescing forensic coding solution, from FedEx parcel bearing tracking number 786451161549, on April 28, 2021. Agents and WIs also discovered three (3) Australian Knob Tailed Geckos (*Nephrurus Amyae*), which are banned

from commercial exportation by the Australian government, concealed in two separate snake bags labeled as "Blood Pythons." The two snake bags each contained a blood python and inside with the snakes were smaller bags, with no markings, containing the Australian Knob Tailed Geckos (*Nephrurus Amyae*). These geckos were not declared as required by law, nor were they listed on any of the paperwork submitted by Ku, through the Customs Broker to the USFWS, and were in essence being illegally smuggled from the United States.

39. Based upon the facts set forth in this affidavit your affiant submits that there is probable cause to believe that, from November 2020 through the present, Daisuke MIYAUCHI did knowingly and intentionally conspire to submit false statements attempting to circumvent regulations requiring the declaration of exported wildlife to federal authorities, as well as smuggle said wildlife, in violation of Title 16, United States Code, Sections 3371, et seq.; Title 16, United States Code, Sections 1531, et seq.; Title 18, United States Code, Section 1001; and Title 18, Unites States Code, Section 554.

**FURTHER AFFIANT SAYETH NAUGHT.**

Respectfully submitted,

_____
Brian Cazalot Sr., Special Agent
United States Fish and Wildlife Service

Attested to by the applicant in accordance with the
requirements of Fed. R. Crim. P. 4.1 by FaceTime
this   9th   day of August 2021.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

14