# MINUTE ORDER

Page 1

## Chief Magistrate Judge John J. O'Sullivan

Atkins Building Courthouse - 5th Floor     Date: 8/27/2021    Time: 1:00 p.m.

Defendant: DAISUKE MIYAUCHI    J#: 62089-509    Case #: 21-MJ-3549-REID (SEALED)

AUSA: Tom Watts-Fitzgerald    Attorney: _____

Violation: Conspiracy to smuggle wildlife from the US/ Smuggling of goods/merchandise    Surr/Arrest Date: 8/27/2021    YOB: 1980

Proceeding: Initial Appearance     CJA Appt: _____

Bond/PTD Held: ☐ Yes ☐ No     Recommended Bond: _____

Bond Set at: _____     Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services / Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: Japanese

Disposition: Case unsealed. △ consents v t c.

Brady warn. Gov't-ptd

△ wants to hire own cnsl.

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

(Report RE Counsel:) 9/1 10 AM

(PTD) Bond Hearing: 9/1 10 AM

(Prelim/Arraign) or Removal: 9/10 10 AM

Status Conference RE: _____

D.A.R. 13:20:46 / 13:24:22     Time in Court: 6

s/John J. O'Sullivan     Chief Magistrate Judge