UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 21-MJ-03549-REID

UNITED STATES OF AMERICA,

  *Plaintiff*,

vs.

DAISUKE MIYAUCHI,

  *Defendant.*

_____/

## NOTICE OF PERMANENT APPEARANCE AS COUNSEL

BY THIS NOTICE, RABIN & LOPEZ, P. A., and SAMUEL J. RABIN, JR., ESQUIRE, enter this, their Permanent Appearance as Counsel of record for Defendant, **DAISUKE MIYAUCHI**, in connection with all Pretrial Proceedings and the Trial of this cause.  This appearance is limited to matters before the District Court in the Southern District of Florida.

The Clerk of this Court is requested to send the undersigned attorney copies of all Court Notices and Orders filed herein.

  Respectfully submitted,

  **RABIN & LOPEZ, P.A.**
  SunTrust International Center
  One Southeast Third Avenue
  Suite 2600
  Miami, FL 33131
  Tel: 305•358•1064
  Fax: 305•372•1644
  Email: sjr@miamilawyer.com

  s/ *Samuel J. Rabin, Jr.*

  SAMUEL J. RABIN, JR.
  Florida Bar № 273831

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of September 2021, a true and correct copy of the foregoing Notice of Permanent Appearance as Counsel was furnished via the CM/ECF system to all parties designated to receive the electronic filings in this cause.

s/ *Samuel J. Rabin, Jr.*

SAMUEL J. RABIN, JR.