# COURT MINUTES

Page 4

## Magistrate Judge Edwin G. Torres

| King Building Courtroom 10-5 | Date: 9/1/2021 | Time: 10:00 a.m. |

Defendant: Daisuke Miyauchi          J#: 62087-509     Case #: 21-MJ-3549-REID

AUSA: Thomas Watts-Fitzgerald           Attorney: Samuel Rabin

Violation: Consp/Smuggle wildlife from the US/Smuggling of Goods/Merchandise

Proceeding: RRC/Detention           CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No      Recommended Bond: PTD

**Bond Set**: **$1 million corporate surety with nebbia**       Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: Japanese

Disposition:
Brady already given
Defendant consents to appear by VTC
Counsel has filed a **PERMANENT**
Notice of Appearance on ECF (de 7)
The parties **STIPULATE** to bond with
the right to revisit (**NO HEARING HELD**)
The parties agree to continue the
preliminary arraignment.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:       Time:       Judge:       Place:

Report RE Counsel: _____
PTD/Bond Hearing: _____
*Preliminary/Arraignment:* 10/15/21     10:00     Miami Duty
Status Conference RE: _____
D.A.R.  EGT-01/9-1-2021-ZOOM-**10:18 am & 10:45 am**       Time in Court: 8